# MINUTE ORDER

Page 10

## Chief Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**   Date: 1/17/2023   Time: 2:00 p.m.

Defendant: GARY GRAHAM SEPTOO   J#: 07776-506   Case #: 23-MJ-02060-DAMIAN

AUSA: Nadia Haye for Jessica Ayer   Attorney:

Violation: ILLEGAL REENTRY OF A REMOVED ALIEN   Arrest Date: 1/13/2023   YOB: 1974

Proceeding: Initial Appearance   **CJA Appt:** Gerald Greenberg

Bond/PTD Held: ☐ ☐   Recommended Bond:

**Bond Set** $250,000 corporate surety with nebbia   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
Defendant sworn – **CJA APPOINTED**
Due to the INS Status, The Court Adopts the recommended bond, with the right to revisit – NO HEARING HELD

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
***Prelim/Arraign:***   *1/31/23*   *10:00*   *Miami Duty*
Status Conference RE:
D.A.R. 14:42:44   Time in Court: 3

s/Edwin G. Torres   Chief Magistrate Judge