**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 23-mj-02060 MD**

UNITED STATES OF AMERICA,

vs.

GARY GRAHAM SEPTOO,

    Defendant.

_____/

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Gerald E. Greenberg, of Gelber Schachter & Greenberg P.A., enters this appearance as CJA-appointed counsel on behalf of Defendant Gary Graham Septoo in this case for all proceedings in the District Court only. Please serve all pleadings and papers on the undersigned at the address listed below.

    Counsel acknowledges responsibility to advise the defendant of the right to appeal, and to file a timely notice of appeal if requested to do so by the defendant.

    Counsel hereby states that this appearance is in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.


Dated: January 18, 2023                       Respectfully Submitted,

                                                  */s/ Gerald E. Greenberg*
                                                  GERALD E. GREENBERG
                                                  Florida Bar No. 440094
                                                  ggreenberg@gsgpa.com
                                                  GELBER SCHACHTER & GREENBERG, P.A.
                                                  SunTrust International Center
                                                  One Southeast Third Avenue, Suite 2600
                                                  Miami, Florida 33131
                                                  Telephone: (305) 728-0950
                                                  E-service: efilings@gsgpa.com

                                                  *Counsel for Defendant*